BELMONT-HUGHES REALTY CORPORATION v. STEPHEN H. JACKSON.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GOTHAM MUSIC SERVICE, INC., and Another v. DENTON & HASKINS MUSIC PUBLISHING CO., INC.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSA G. SEMPLE v. MARTHA KRAKEUR, Impleaded with Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

SPEAR BOX COMPANY, INC., v. CHARLES A. FOX BOX CO., INC., and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

In the Matter of AARON M. BECKER, an Attorney.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of JOSEPH LEVY, an Attorney.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRILL REALTY CORPORATION v. RAYON HOLDING CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JOSEPH J. BODELL and Others v. J. ROBERT THOMAS, Doing Business, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

CHECKER CAB SALES CORPORATION v. 421 EAST 93RD STREET GARAGE CORPORATION, Sued Herein as "JOHN DOE," and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ALVA J. FRENCH v. NEW YORK RAILWAYS CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

PEARL FREED v. MARTIN FREED.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. NICHOLAS FITILIS.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of VIRGINIA ESTELLE LINDSAY COPELAND to Vacate and Open the Decree of Probate in the Matter of the Estate of WILLIAM H. LINDSAY, Deceased.— Motion denied, with ten dollars costs, and the restraining order contained in the order to show cause vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of SAMUEL KOPLETON, an Attorney.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JACOB SOLOMON v. OLRIOL REALTY CORPORATION, Impleaded with HAMILTON FIRE INSURANCE COMPANY and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of J. MONTGOMERY STRONG v. BERNE A. PYRKE, Commissioner of the Department of Agriculture and Markets.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.